

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00180-CV

---

In the Interest of D. G. and A. G., Children

On Appeal from the 65th District Court
El Paso County, Texas
Trial Court No. 2024DCM3400

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse only the portion of the trial court's order that terminates Mother's parental rights to D.G. and A.G., and we render judgment denying the Department's petition seeking such termination. We affirm the trial court's order in all other respects.

This decision shall be certified below for observance.

IT IS SO ORDERED this 24th day of November 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.